October 15, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MONICA J. GRAHAM, Appellant

NO. 14-13-00079-CV                              V.

AMEGY BANK NATIONAL ASSOCIATION, Appellee

_____

Today the Court heard the parties' joint motion to dismiss the appeal and vacate the judgment signed by the court below on January 22, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED** and the final summary judgment signed January 22, 2013, **VACATED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.